

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00304-CR
_____

DENISHA MARIE NORTH, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Court at Law
Cooke County, Texas
Trial Court No. CR19-64649

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Denisha Marie North pleaded guilty to misdemeanor possession of marijuana. *See* Tex. Health & Safety Code Ann. § 481.121(b)(1). The trial court deferred adjudication and placed her on community supervision for eighteen months. North attempted to appeal.

On December 10, 2019, North's counsel filed a motion to withdraw indicating that "[i]t is Counsel's opinion that Appellant does not wish to prosecute her appeal." And on December 11, 2019, the trial court filed an amended certification which stated that this "is a plea-bargain case, and the defendant has NO right of appeal."

We abated the appeal and remanded the case to the trial court with instructions to determine whether appellant desired to continue the appeal. On January 15, 2020, the trial court rendered an order stating that North "no longer wishes to pursue the appeal."

On January 22, 2020, we notified North and her attorney of the trial court's certification. *See* Tex. R. App. P. 25.2(a)(2). In our letter, we informed North that if she did not respond by February 3, 2020, showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. North did not respond to our letter. Accordingly, we grant counsel's motion to withdraw and dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Per Curiam

2

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  February 27, 2020